UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MILTON H. GREENE ARCHIVES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LARRY GREEN PRODUCTIONS, *et al.*, <br><br> Defendants. | No. C03-0181L <br><br> ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On April 22, 2003, defendant Larry Green Productions filed notice of bankruptcy and the above-captioned matter was stayed. It having come to the Court's attention that the bankruptcy was discharged on or about April 25, 2005, the parties are hereby ORDERED TO SHOW CAUSE why the stay should not be lifted and this case set for trial on the Court's calendar. The parties shall file their responsive memoranda, if any, no later than 4:30 p.m. on Thursday, July 14, 2005.

The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, July 15, 2005, and to send a copy of this Order to defendant and its counsel at the addresses provided in the docket as well as plaintiff's counsel at the following address:

Surjit P. Soni
The Soni Law Firm
55 South Lake Ave., Suite 720
Pasadena, CA 91101.

ORDER TO SHOW CAUSE

1 | Counsel for plaintiff is reminded that he must associate local counsel and apply for permission
2 | to appear *pro hac vice* in the Western District of Washington before he will be permitted to
3 | participate in this litigation.  See Local General Rule 2(d).
4 |
5 |     DATED this 23rd day of June, 2005.
6 |
7 |                         /s/ Robert S. Lasnik
  |                         Robert S. Lasnik
8 |                         United States District Judge